UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
    LARRY RAY TOLBERT                              CASE NO. 20-10687
    PO BOX 242                                         JUDGE BENJAMIN A. KAHN
    EDEN, NC  27289

        DEBTOR

SSN(1) XXX-XX-6565                             DATE:  03/25/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,037.09<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT: 8109<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $1,960.62<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 4506<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $525.27<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 1363<br>COMMENT:  HOME DEPOT |
| CITIZENS BANK NA<br>FIRSTMARK SERVICES<br>P O BOX 2977<br>OMAHA, NE  68103 | $3,941.07<br>INT:  .00%<br>NAME ID: 183232<br>CLAIM #:  0015 | (U) UNSECURED<br><br>ACCT: 6205<br>COMMENT: |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,817.03<br>INT:  .00%<br>NAME ID: 153461<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 6720<br>COMMENT: |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | $1,670.33<br>INT:  .00%<br>NAME ID: 180353<br>CLAIM #:  0012 | (U) UNSECURED<br><br>ACCT: 3523<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6565<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $4,081.86<br>INT:  .00%<br>NAME ID: 177188<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 5083<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---:|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,498.21<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 0448<br>COMMENT:  CREDIT ONE |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $635.74<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 3846<br>COMMENT:  CREDIT ONE |
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,957.20<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 9228<br>COMMENT: |
| MONTGOMERY WARD<br>3650 MILWAUKEE ST<br>MADISON, WI  53714-2399 | $0.00<br>INT: .00%<br>NAME ID: 159262<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 8632<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 6565<br>COMMENT: |
| ONE MAIN FINANCIAL<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $1,867.49<br>INT: .00%<br>NAME ID: 173056<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 3098<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $4,787.24<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0020 | | (U) UNSECURED<br><br>ACCT: 3267<br>COMMENT:  LOWES |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,189.02<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 8760<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $767.87<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 9477<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT: .00%<br>NAME ID: 877<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THE BANK OF MISSOURI<br>P O BOX 105555<br>ATLANTA, GA  30348 | $1,568.35<br>INT: .00%<br>NAME ID: 171990<br>CLAIM #: 0005 | | (U) UNSECURED<br><br>ACCT: 0617<br>COMMENT: ASPIRE |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $25,617.05<br>INT: 5.25%<br>NAME ID: 66723<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 6460<br>COMMENT: 16LINC |
| **TOTAL:** | **$56,921.44** | | |

PAGE 3 - CHAPTER 13 CASE NO. 20-10687

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC 27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC 27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/25/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice